# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2025

## NO. 03-23-00789-CV

**Dragan Boroja, Appellant**

**v.**

**Alexander Le Roux, Jason Ballard, Evan Loomis, and Icon Technology, Inc., Appellees**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on November 3, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.